THE COUNCIL OF THE CITY OF NEW ORLEANS                     *          NO. 2022-CA-0790

                                                          *          COURT OF APPEAL

VERSUS

                                                          *          FOURTH CIRCUIT

EDWARD WISNER DONATION, THE                               *          STATE OF LOUISIANA
HONORABLE MAYOR
LATOYA CANTRELL, IN HER                                   *
OFFICIAL CAPACITY AND AS
TRUSTEE, MICHAEL                                          *
PENEGUY, SENATOR EDWIN         * * * * * * *
MURRAY, MAJOR CHRIS
THORNHILL AND PATRICK
NORTON

CONSOLIDATED WITH:                        CONSOLIDATED WITH:

THE COUNCIL OF THE CITY OF                NO. 2022-CA-0791
NEW ORLEANS

VERSUS

EDWARD WISNER DONATION,
THE HONORABLE MAYOR
LATOYA CANTRELL, IN HER
OFFICIAL CAPACITY AND AS
TRUSTEE, MICHAEL PENEGUY,
SENATOR EDWIN MURRAY,
MAJOR CHRIS THORNHILL AND
PATRICK NORTON

JCL     LOBRANO, J., CONCURS IN THE RESULT